THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WANDER DURAN DE LA ROSA, Appellant. [869 NYS2d 844]

No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Catterson, Renwick and Freedman, JJ.